**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 33 EM 2016

Respondent                  :

v.                      :

MAURICE MCDONALD,           :

Petitioner                 :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 20th day of April, 2016, the Petition for Extraordinary Relief is **DENIED**.